**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **EAST COAST TVS INC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

26-4050300

| | |
|---|---|
| 4. | **Debtor's address** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **601 West Linden Avenue**<br>**Linden, NJ 07036** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Union** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **eastcoasttvs.com** |

| | |
|---|---|
| 6. | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **EAST COAST TVS INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4431**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **Garden State Installations II, Inc** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | When | Case number, if known | **Pending** |

Debtor    **EAST COAST TVS INC**
_____    Case number (if known) _____
                Name

---

**11.  Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

        Contact name        _____

        Phone                _____

---

**▇  Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **EAST COAST TVS INC**                                    Case number *(if known)* _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *2/9/2018*
         MM / DD / YYYY

**X** _____     **Isaac Barnathan**
Signature of authorized representative of debtor     Printed name

Title    **President** _____

**18. Signature of attorney**     **X** _____     Date  *2/9/2018*
     Signature of attorney for debtor         MM / DD / YYYY

**Michael S. Fox**
Printed name

**Olshan Frome Wolosky LLP**
Firm name

**1325 Avenue of the Americas**
**New York, NY 10019**
Number, Street, City, State & ZIP Code

Contact phone   **212-451-2300**     Email address   **MFox@olshanlaw.com**

**1853035**
Bar number and State

**EAST COAST TVS INC**

**GARDEN STATE INSTALLATIONS II, INC**

**SECRETARY'S CERTIFICATE**

**February 9, 2018**

I, Isaac Barnathan, certify that I am the Secretary of Garden State Installations II, Inc, a New Jersey corporation, and of East Coast TVs Inc, a New Jersey corporation (collectively, the "Companies") and am authorized to execute this Certificate on behalf of the Companies.

Solely in my capacity as Secretary, I hereby certify that:

Attached hereto as <u>Exhibit 1</u> is a true copy of the resolutions adopted by the President of the Company on February 9, 2018, and that such resolutions have not been altered, amended, or rescinded, and are still in force and effect as at the date hereof.

IN WITNESS WHEREOF, I have hereunto set my hand this 9th day of February, 2018.

By: _____
    Name:   Isaac Barnathan
    Title:    Secretary

## RESOLUTIONS OF EAST COAST TVS INC

## and

## RESOLUTIONS OF GARDEN STATE INSTALLATIONS II, INC

WHEREAS, the Board of Directors (the "**EC Board**") of East Coast TVs Inc (the "**EC Company**"), a New Jersey corporation, acting pursuant to the laws of the State of New Jersey, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Board of Directors (the "**Garden Board**" and collectively with the EC Board the "**Board**") of Garden State Installations II, Inc (the "**Garden Company**" and collectively with the EC Company,  the "**Companies**"), a New Jersey corporation, acting pursuant to the laws of the State of New Jersey, has considered the financial and operational aspects of the Company's business; and

WHEREAS, the respective Board has reviewed the historical performance of the Companies, the market for the respective Companies services and operations, and the current and long-term liabilities of both EC Company and Garden Company.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of each of the Boards, it is desirable and in the best interests of EC Company and Garden Company, their creditors, employees, stockholders and other interested parties that petitions be filed by the Companies seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

RESOLVED, that the form of petitions under Chapter 11 of the Bankruptcy Code be, and the same hereby is, approved and adopted in all respects, and that Isaac Barnathan, President of the EC Company and Garden Company (the "**Authorized Officer**") (and any person(s) he may heretofore appoint) is hereby authorized to execute and verify petitions substantially in such form and to cause the same to be filed (along with all other necessary documents) with the United States Bankruptcy Court for the Eastern District of New York; and it is further

RESOLVED, that the Authorized Officer is authorized on behalf of EC Company and Garden Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that the Authorized Officer deems necessary, desirable and proper in connection with the respective Company's chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that the EC Company and Garden Company be and hereby are authorized to employ the law firm of Olshan Frome Wolosky LLP ("**Olshan**") as general bankruptcy counsel, and such other professionals as each Company deems necessary and appropriate, and in connection therewith, the Authorized Officer is hereby authorized and

directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Olshan, and all such professionals; and it is further

RESOLVED, that the Authorized Officer, on behalf of the EC Company and Garden Company, (and any other person(s) he may heretofore appoint) is hereby authorized to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Member to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case.

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of EC Company and Garden Company in the name and on behalf of each Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

**EAST COAST TVS INC**

_____

Isaac Barnathan, President


**GARDEN STATE INSTALLATIONS II , INC**

_____

Isaac Barnathan, President

Fill in this information to identify the case:

Debtor name **EAST COAST TVS INC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2/9/18___      X _____
                                Signature of individual signing on behalf of debtor

                                **Isaac Barnathan**
                                Printed name

                                **President**
                                Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**UNITED STATES BANKRUPTCY COURT**
**THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| East Coast TVs Inc, et al., | Case No. 18- |
| Debtors.[1] | (Joint Administration Requested) |

<u>**CERTIFICATION OF DEBTORS' CONSOLIDATED CREDITOR MATRIX**</u>

        In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure (the

"<u>Bankruptcy Rules</u>") and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the

United States Bankruptcy Court for the Eastern District of New York (the "<u>Local Rules</u>"), a list of

creditors (the "<u>List</u>") of the above-captioned debtors (the "<u>Debtors</u>") is filed by attachment hereto.

The List has been prepared, on a consolidated basis, from the Debtors' books and records.  The

undersigned, President of the Debtors, hereby certifies that the List contains the names and addresses

of all creditors of the Debtors that could be ascertained after diligent inquiry, and is consistent with

the information contained therein.  To the extent practicable, the List complies with Local Rule 1007-

1.  The information contained in the List is based on a review of the Debtors' books and records.

However, the Debtors have not completed a comprehensive legal and/or factual investigation with

regard to possible defenses of the Debtors and their estates to any claims of the potential claimants

included in the List.  In addition, certain of the parties included in the List may not hold outstanding

claims as of the date hereof, and therefore may not be creditors of the Debtors and their estates for

purposes of these chapter 11 cases.  Therefore, the List does not, and should not be deemed to,

constitute either (i) a waiver of any defenses of the Debtors and their estates to any claims that may be

asserted against the Debtors and their estate, or (ii) an acknowledgement or admission of the validity,

priority or amount of any claims that may be asserted against the Debtors and their estates.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: East Coast TVs Inc (0300) and Garden State Installations II, Inc (4391).

4503987-1

Dated: February 9, 2018
      Brooklyn, New York

/s   _____
**ISAAC BARNATHAN, President of East
Coast TVs Inc**

Dated: February 9, 2018
      Brooklyn, New York

/s   _____
**ISAAC BARNATHAN, President of Garden
State Installations II , Inc**

[Signature page to Certification of Debtors' Consolidated Creditor Matrix]

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **EAST COAST TVS INC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cynergy Data LLC P.O. Box 246 c/o Printing Payment-Systems Alpharetta, GA 30009** | | **Trade debt** | **Unliquidated** | | | **$1,000,000.00** |
| **Henry Barnathan 724 Avenue P Brooklyn, NY 11223** | | | **Unliquidated** | | | **$250,000.00** |
| **Beach Camera Electronics 80 Carter Dr. Edison, NJ 08817** | **732.289.9967** | **Trade debt** | | | | **$176,864.00** |
| **Wholesale Usa, Inc. 52 Wenwood Dr. Massapequa Park, NY 11762** | **wholesaleusa@gmail.com** | **Trade debt** | | | | **$174,645.00** |
| **Warrens World 2655 Nostrand Ave Attn: Albert Baker Brooklyn, NY 11210** | **customerservice@warrensworld.com 718.258.004** | **Trade debt** | | | | **$132,083.00** |
| **Lucid Audio Video Inc 333 South Van Brunt Attn: Arthur Englewood, NJ 07631** | **Arthur Chitikian 201.233.6653** | **Trade debt** | | | | **$106,530.00** |
| **Mack Camera 200 Morris Ave Springfield, NJ 07081** | **info@mackretail.com 973.467.2291** | **Trade debt** | | | | **$28,000.00** |
| **Skyview Appliance 2695 Coney Island Ave Brooklyn, NY 11223** | **FAX: 718-332-4494** | **Trade debt** | | | | **$26,527.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **EAST COAST TVS INC**                                    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Isaac Barnathan 724 Avenue P Brooklyn, NY 11223** | | | | | | **$26,000.00** |
| **Shapiro and Associates 3145 Coney Island Ave Brooklyn, NY 11235** | **Fax: 347-462-9905** | **Trade debt** | | | | **$25,000.00** |
| **Electronics Expo 70 Demerest Drive Wayne, NJ 07470** | **cs@electronics-expo.com 888.707.3976** | **Trade debt** | | | | **$11,113.00** |
| **Fedex Corporation NJ** | | **Trade debt** | | | | **$9,000.00** |
| **601 Linden LLC 543 Bedford Ave P.O. Box 184 Brooklyn, NY 11211** | | **Trade debt** | | | | **$4,000.00** |
| **UPS** | | **Trade debt** | | | | **$2,784.58** |
| **Tuff Manufacturing 140 58th Street Suite 3k Brooklyn, NY 11220** | | **Trade debt** | | | | **$1,738.50** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of New York

In re    **EAST COAST TVS INC**

                                    Debtor(s)

Case No.

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  2/9/18

**Isaac Barnathan/President**
Signer/Title

Date:  2/9/18

Signature of Attorney
**Michael S. Fox**
**Olshan Frome Wolosky LLP**
**1325 Avenue of the Americas**
**New York, NY 10019**
**212-451-2300   Fax: 212-451-2222**

USBC-44                                    Rev. 9/17/98

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

601 Linden LLC
543 Bedford Ave
P.O. Box 184
Brooklyn, NY 11211


Beach Camera Electronics
80 Carter Dr.
Edison, NJ 08817


Cynergy Data LLC
P.O. Box 246
c/o Printing Payment-
Systems
Alpharetta, GA 30009


Electronics Expo
70 Demerest Drive
Wayne, NJ 07470


Fedex Corporation
NJ


Henry Barnathan
724 Avenue P
Brooklyn, NY 11223


Isaac Barnathan
724 Avenue P
Brooklyn, NY 11223


Lucid Audio Video Inc
333 South Van Brunt
Attn: Arthur
Englewood, NJ 07631


Mack Camera
200 Morris Ave
Springfield, NJ 07081


Shapiro and Associates
3145 Coney Island Ave
Brooklyn, NY 11235

Skyview Appliance
2695 Coney Island Ave
Brooklyn, NY 11223


Tuff Manufacturing
140 58th Street
Suite 3k
Brooklyn, NY 11220


UPS


Warrens World
2655 Nostrand Ave
Attn: Albert Baker
Brooklyn, NY 11210


Wholesale Usa, Inc.
52 Wenwood Dr.
Massapequa Park, NY 11762

Fill in this information to identify the case:

Debtor name    **EAST COAST TVS INC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐    *Schedule H: Codebtors* (Official Form 206H)
- ☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule* _____
- ☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒    Other document that requires a declaration    List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/9/18         X _____
                                  Signature of individual signing on behalf of debtor

                                  **Isaac Barnathan**
                                  Printed name

                                  **President**
                                  Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| East Coast TVs Inc | | |
|---|---|---|
| **Equity Holder** | **Address** | **Percent Interest** |
| Isaac Barnathan | 724 Avenue P, Brooklyn New York 11223 | 100% |

**UNITED STATES BANKRUPTCY COURT**
**THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| East Coast TVs Inc, et al., | Case No. 18- |
| Debtors.[1] | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT PURSUANT
## TO BANKRUPTCY RULES 1007(A)(1) AND 7007.1

Debtor East Coast TVs Inc ("East Coast"), files this Corporate Ownership Statement pursuant to rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and states that (i) Isaac Barnathan owns more than 10% of a class of East Coast's equity interests, and that (ii) no other corporation owns, directly or indirectly, 10% or more of any class of East Coast's equity interests.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: East Coast TVs Inc (0300) and Garden State Installations II, Inc (4391).

February 9, 2018

EAST COAST TVS INC

By: Isaac Barnathan
Its: President

[signature page to East Coast TVs Corporate Ownership Statement]

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S):    **EAST COAST TVS INC**                               CASE NO.:. _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:  **Pending**    JUDGE:  **Pending**    DISTRICT/DIVISION:

DEBTOR NAME:  **Garden State Installations II, Inc**

CASE STILL PENDING (Y/N):    **Y**                    [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:    **Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____                [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____                [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___**Y**___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

**/s/ Michael S. Fox**
_____        _____
**Michael S. Fox**
Signature of Debtor's Attorney                             Signature of Pro Se Debtor/Petitioner
**Olshan Frome Wolosky LLP**
**1325 Avenue of the Americas**
**New York, NY 10019**                              _____
**212-451-2300 Fax:212-451-2222**
                                              Signature of Pro Se Joint Debtor/Petitioner

                                              _____

                                              Mailing Address of Debtor/Petitioner

                                              _____

                                              City, State, Zip Code

                                              _____
                                              Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise
result.