**OLSHAN FROME WOLOSKY LLP**
1325 Avenue of the Americas
New York, New York 10019
Michael S. Fox, Esq.
Jonathan T. Koevary, Esq.
Lauren B. Irby, Esq.
212.451.2300

*Proposed Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| East Coast TVs Inc, et al., | Case No. 18-40765 (ESS) |
| Debtors.[1] | (Joint Administration Requested) |

## NOTICE OF CHAPTER 11 FILING AND OF FIRST DAY MOTIONS

PLEASE TAKE NOTICE THAT:

1.      On February 9, 2018, each of above captioned debtors and debtors in possession (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, in the United States Bankruptcy Court for the Eastern District of the New York (the "Court").

2.      On February 12, 2018, the Debtors filed and requested a prompt Court hearing on certain motions seeking first day relief (collective, the "First Day Motions"), listed on the Hearing agenda attached hereto as Exhibit A.  None of the First Day Motions includes a request for Extraordinary Relief.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: East Coast TVs Inc (0300) and Garden State Installations II, Inc (4391).

3. The Court scheduled the hearing for **February 14, 2018 at 2:00 p.m. Eastern Time** (the "Hearing"), in Courtroom 3585 at the United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271 Cadman Plaza East, Brooklyn, NY 11201-1800 to consider the First Day Motions.

4. A copy of each of the First Day Motions can be viewed on the Court's website https://ecf.nyeb.uscourts.gov/cgi-bin/login.pl with a login and password to the Court's Public Access to Court Electronic Records. Copies can be also obtained from the Debtors' counsel: Olshan Frome Wolosky, LLP, 1325 Avenue of the Americas, New York, NY 10022, Attn: Lauren B. Irby, Esq (lirby@olshanlaw.com).

**Your rights are affected. You should read these papers carefully and discuss them with your attorney if you have one in these bankruptcy cases. (If you do not have an attorney in these bankruptcy cases, you may wish to consult one.)**

If you do not want the Court to grant the relief requested in the First Day Motions, or if you want the Court to consider your view on the First Day Motions, you or your attorney must attend the Hearing. **If you or your attorney do not attend the Hearing, the Court may grant the relief requested in the First Day Motions.**

Dated: New York, New York
       February 12, 2018

Respectfully submitted,

OLSHAN FROME WOLOSKY LLP

By: /s/ Michael S. Fox
    Michael S. Fox
    Jonathan T. Koevary
    Lauren B. Irby
    1325 Avenue of the Americas
    New York, New York 10019
    (212) 451-2300

    *Proposed Counsel for the Debtors*

4504017-1

# EXHIBIT A

**OLSHAN FROME WOLOSKY LLP**
1325 Avenue of the Americas
New York, New York 10019
Michael S. Fox, Esq.
Jonathan T. Koevary, Esq.
Lauren B. Irby, Esq.
212.451.2300

*Proposed Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| East Coast TVs Inc, et al., | Case No. 18-40765 (ESS) |
| Debtors.[1] | (Joint Administration Requested) |

<u>**HEARING AGENDA FOR FEBRUARY 14, 2018 AT 2:00 P.M.**</u>

Location of Hearing:    United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271 Cadman Plaza East, Courtroom 3585, Brooklyn, NY 11201-1800.

I.      <u>**Introduction and Request for First Day Hearing**</u>

1.    **"East Coast Chapter 11 Petition"** – *Voluntary Petition of East Coast TVs Inc* [ECF Doc #1];

2.    **"Garden State Chapter 11 Petition"** – *Voluntary Petition of Garden State Installations II, Inc* [ECF Doc #1]; and

3.    **"First Day Affidavit"** – *Declaration Of Isaac Barnathan Pursuant To Rule 1007-4 Of The Local Bankruptcy Rules For The Eastern District Of New York In Support Of First-Day Motions* [ECF Doc. #2].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: East Coast TVs Inc (0300) and Garden State Installations II, Inc (4391).

## II.    **First Day Matters**

1. **"Joint Administration"** – *Debtors' Motion For Order Directing Joint Administration Of Chapter 11 Cases Pursuant To Rule 1015(B) Of The Federal Rules Of Bankruptcy Procedure* [ECF Doc #3], requesting entry of an order directing joint administration of these chapter 11 cases for procedural purposes only;

2. **"Cash Management"** – *Debtors' Motion For An Order Authorizing The Debtors (A) To Continue Existing Cash Management System, And (B) To Maintain Existing Bank Accounts And Business Forms* [ECF Doc # 4], requesting the authority to: (a) continue to use, with the same account numbers, all of the Bank Accounts in their Cash Management System;[2] (b) treat the Bank Accounts for all purposes as accounts of the Debtors as debtors in possession; (c) open new debtor-in-possession accounts, if needed; and (d) use, in their present form, all correspondence and business forms (including check stock, letterhead, purchase orders, and invoices) and other documents related to the Bank Accounts existing immediately before the Petition Date, without reference to the Debtors' status as debtors in possession;

3. **"Employee Wages"** – *Motion Of The Debtors For Entry Of An Order: (I) Authorizing The Debtors To Pay Wages And (II) Authorizing And Directing Banks And Other Financial Institutions To Pay All Checks And Electronic Payment Requests Made By The Debtors Relating To The Foregoing* [ECF Doc #5], requesting the authority, in the Debtors' sole discretion, to pay prepetition claims, honor obligations, and to continue programs, in the ordinary course of business and consistent with past practices, relating to the Employees and the Benefits;

4. **"Postpetition Delivery of Goods"** – *Debtors' Motion For Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), And 546(h)(I) Granting Administrative Expense Status To Obligations From Postpetition Delivery Of Goods; (II) Authorizing Payment Of Expenses In The Ordinary Course Of Business; (III) Authorizing Debtors To Return Goods; And (IV) Establishing Procedures For Reclamation Demands* [ECF Doc #6], requesting entry of an order (a) confirming that the Vendors will have administrative expense priority claims for those undisputed obligations; (b) authorizing the Debtors to return Goods purchased from Vendors by the Debtors prior to the Petition Date; (c) establishing procedures for reconciliation of claims made by Vendors; and (d) prohibiting Vendors and other third parties from reclaiming or preventing delivery of goods or products to the Debtors;

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the respective motion.

5.  **"Enforcement of Automatic Stay"** – *Debtors' Motion For Entry Of Order Pursuant To 11 U.S.C. § 105(a) Enforcing Protections Of 11 U.S.C. §§ 362 And 365(E)(1)* [ECF Doc #7], requesting entry of an order enforcing the automatic stay imposed by section 362 of the Bankruptcy Code and the antitermination and antimodification provisions of section 365(e)(1) of the Bankruptcy Code; and

6.  **"Extension to File Schedules"** – *Debtors' Motion For Entry Of An Order Extending The Time To File Schedules And Statement Of Financial Affairs* [ECF Doc #8], requesting entry of an order extending the time for the Debtors to file their schedules and statements of financial affairs, without prejudice to the Debtors' right to seek further extensions upon a showing of cause.

Dated: New York, New York
      February 12, 2018

                                     Respectfully submitted,

                                     By:    /s/ Michael S. Fox
                                        Michael S. Fox
                                        Jonathan T. Koevary
                                        Lauren B. Irby
                                        OLSHAN FROME WOLOSKY LLP
                                        1325 Avenue of the Americas
                                        New York, New York 10019
                                        (212) 451-2300

                                     *Proposed Counsel for the Debtors*

4504017-1