UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                              Chapter: 11

EAST COAST TVS INC., ET AL,              Case No: 18-40765-ess

                                    Debtor.
--------------------------------------------------------X

**ORDER SCHEDULING HEARING**
**ON APPLICATION FOR AN ORDER TO SHOW CAUSE**

WHEREAS, on February 9, 2018, East Coast TVs Inc. and Garden State Installations II,

Inc. filed petitions for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on February 13, 2018, the Debtors each filed a motion authorizing the

Debtors to satisfy certain prepetition claims with respect to their common carriers, including AM

Transportation Logistics, Inc. ("AM Trucking") (the "Common Carrier Motion"); and

WHEREAS, on February 15, 2018, the Court entered an order directing the joint

administration of the Debtors' Chapter 11 cases; and

WHEREAS, on February 16, 2018, the Court entered an order authorizing the Debtors to

satisfy certain prepetition claims pursuant to the Common Carrier Motion; and

WHEREAS, on February 22, 2018, the Debtors filed an application for an order to show

cause why an order pursuant to Bankruptcy Code Sections 105(a) and 362(a) and Federal Rule of

Bankruptcy Procedure 9020 should not be entered holding AM Trucking in contempt for

violations of the automatic stay (the "OSC Application").

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold a hearing on the OSC Application and the relief

requested therein on February 27, 2018, at 9:30 a.m., before the Honorable Elizabeth S. Stong, in

Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New

York 11201; and it is further

ORDERED, that the Debtors are directed to serve a copy of this Order and the OSC

Application on which it is based by overnight delivery and by email upon all parties entitled to

notice; and it is further

ORDERED, that the Debtors are directed to file proof of service by February 23, 2018 at

4:00 p.m.; and it is further

ORDERED, that opposition to the OSC Application may be stated at the February 27,

2018 hearing.



**Dated: Brooklyn, New York**
       **February 22, 2018**

                                     **Elizabeth S. Stong**
                              **United States Bankruptcy Judge**