**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| EAST COAST TVs, INC., et al., | Case No. 18-40765-ess |
| Debtors. | Jointly Administered |

**NOTICE OF AM TRUCKING'S CROSS-MOTION FOR**
**ADEQUATE PROTECTION AND TO SHORTEN NOTICE**

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Elizabeth S. Stong in Courtroom 3585 of the U.S. Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201, on February 28, 2018 at 9:00 a.m., or as soon thereafter as counsel may be heard, on AM Transportation Logistics Inc.'s cross-motion for adequate protection, pursuant to Bankruptcy Code section 363(e), and to shorten the applicable notice period, pursuant to Rule 9006(c). The grounds for the cross-motion are set forth in the accompanying objection and cross-motion, filed contemporaneously herewith.

Dated: February 23, 2018

STORCH AMINI PC

/s/ Jeffrey Chubak
Jeffrey Chubak
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 497-8247
jchubak@storchamini.com

*Attorneys for Creditor AM Transportation Logistics Inc.*