UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                          Chapter: 11

EAST COAST TVS INC., ET AL,                     Case No: 18-40765-ess
                        Debtor.
---------------------------------------------------------X

## ORDER SCHEDULING CONFERENCE
## ON APPLICATION FOR AN ORDER TO SHOW CAUSE

WHEREAS, on February 9, 2018, East Coast TVs Inc. and Garden State Installations II, Inc. filed petitions for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on February 15, 2018, the Court entered an order directing the joint administration of the Debtors' Chapter 11 cases; and

WHEREAS, on February 26, 2018, the Debtors filed an application for an order to show cause why an order pursuant to Bankruptcy Code Sections 105(a) and 362(a) and Federal Rule of Bankruptcy Procedure 9020 should not be entered holding Card Payment Services, LLC and Priority Payment Services in contempt for violation of the automatic stay (the "OSC Application").

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold a conference on the OSC Application and the relief requested therein on February 28, 2018, at 9:00 a.m., before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that the Debtors are directed to serve a copy of this Order and the OSC Application on which it is based by overnight delivery and by email upon all parties entitled to notice to be received by February 27, 2018, at 12:00 noon; and it is further

ORDERED, that the Debtors are directed to file proof of service by February 27, 2018, at 12:00 noon; and it is further

ORDERED, that a schedule for filing opposition to the OSC Application may be set, and opposition to the OSC Application may be stated, at the February 28, 2018 conference.



**Dated: Brooklyn, New York**
**February 26, 2018**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**