UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                  Chapter: 11

 EAST COAST TVS INC., ET AL,                 Case No: 18-40765-ess

                                    Debtor.

--------------------------------------------------------X

## ORDER SCHEDULING HEARING
## ON APPLICATION FOR AN ORDER TO SHOW CAUSE

WHEREAS, on February 9, 2018, East Coast TVs Inc. and Garden State Installations II,

Inc. filed petitions for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on February 15, 2018, the Court entered an order directing the joint

administration of the Debtors' Chapter 11 cases; and

WHEREAS, on February 26, 2018, the Debtors filed an application for an order to show

cause why an order pursuant to Bankruptcy Code Sections 105(a) and 362(a) and Federal Rule of

Bankruptcy Procedure 9020 should not be entered holding Card Payment Services, LLC ("CPS")

and Priority Payment Services ("PPS") in contempt for violations of the automatic stay (the

"OSC Application"); and

WHEREAS, on February 26, 2018, the Court entered an order scheduling a conference

on the OSC Application; and

WHEREAS, on February 28, 2018, the Court held a conference on the OSC Application,

at which the Debtor, AM Transportation Logistics, Inc., CPS, PPS, and the United States

Trustee, each by counsel, appeared and were heard.

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold a hearing on the OSC Application on March 14,

2018, at 9:30 a.m., before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States

Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that opposition to the OSC Application may be served and filed to be received by March 7, 2018 at 12:00 noon; and it is further

ORDERED, that replies to any opposition may be served and filed to be received by March 12, 2018 at 12:00 noon.



**Dated: Brooklyn, New York**
**February 28, 2018**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

To:

East Coast TVs Inc
601 West Linden Avenue
Linden, NJ 07036

Michael S Fox
Olshan Frome Wolosky LLP
1325 AVENUE OF THE AMERICAS
New York, NY 10019

Garden State Installations II, Inc
601 West Linden Avenue
Linden, NJ 07036

Moritt Hock & Hamroff LLP
Attorneys for Wholesale USA Inc.
1407 Broadway, Suite 3900
New York, NY 10018

Card Payment Services, LLC
c/o Printing Payment-System
Attn: Sy Weismann
P.O. Box 246
Alpharetta,GA 30009

Card Payment Services, LLC c/o
J. Singer Law Group, PLLC Attn:
Jeb Singer
222 Broadway, 19th Floor
New York, NY 10038

Priority Payment Systems Attn:
Jeff Perry
2001 Westside Pkwy, Ste. 155
Alpharetta, Georgia 30004-8905

AM Transportation Logistics Inc.
Attn: Avi Wiederman, V.P.
99 Jersey Avenue
New Brunswick, NJ 08901

AM Transportation Logistics Inc.
c/o Gulko Schwed LLP
Attn: Steven Gitelis, Esq.
499 Chestnut Street, Suite 202
Cedarhurst, New York 11516

AM Transportation Logistics Inc.
c/o Storch Amini PC
Attn: Jeffrey Chubak
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017