**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| East Coast TVs Inc., et al., | Case No. 18-40765 (ESS) |
| Debtors. | (Jointly Administered) |

## STIPULATION AND AGREED ORDER BETWEEN
## DEBTORS AND AM TRANSPORTATION LOGISTICS INC.

WHEREAS, the Debtors commenced the above-captioned cases on February 9, 2018;

WHEREAS, AM Transportation Logistics Inc. ("AM Carrier") was the primary carrier utilized by the Debtors to deliver merchandise to customers;

WHEREAS, the Debtors and AM Carrier agree that AM Carrier has a valid prepetition claim in the amount of $52,000 ("AM Claim") and a possessory lien on merchandise that it was delivering to customers on behalf of the Debtors or returning to the Debtors as of the petition date ("Merchandise"), comprised principally of televisions;

WHEREAS, on February 16, 2018, this Court entered an order, inter alia, authorizing the Debtors to pay up to $7,500 towards satisfaction of the AM Claim;

WHEREAS, the Debtors subsequently moved for ***an*** order, inter alia, directing turnover of the Merchandise, and AM Carrier has cross-moved for adequate protection (the "Motions");

WHEREAS, to resolve the pending motions and ***the*** AM Claim,

(a) the Debtors have agreed to relinquish, and AM Carrier has agreed to accept, thirty-nine televisions included among the Merchandise that have an agreed wholesale cost of $65,700 and which are identified on the annexed Schedule A ("Retained Merchandise"), with the understanding and expectation that AM Carrier may sell the Retained Merchandise at approximately 80% of their total wholesale value; and

(b) AM Carrier has agreed to return the balance of the Merchandise presently in its possession which are identified on the annexed Schedule B ("Return Merchandise") to the Debtors without further cost to the Debtors.

WHEREAS, the Debtors contend that it needs to have the Return ~~Goods~~ ***Merchandise*** timely returned to them in order for them to further conduct its business in the ordinary course, ***and that*** the Debtors are in a very perilous state with its customers, ***and that with*** ~~Given~~ the timely receipt of the Return ~~Goods~~ ***Merchandise*** the Debtor expects that it will be able to sell the goods to its current customers or to new ones.

NOW THEREFORE, the parties hereby agree, subject to this Stipulation and Agreed Order being so ordered by this Court, as follows:

1. The Debtors hereby agree to relinquish, and AM Carrier hereby agrees to accept, the Retained Merchandise, in full and final satisfaction of the AM Claim. The Debtors shall have no entitlement to any portion of the sale proceeds realized by AM Carrier from the sale of the Retained Merchandise.

2. AM Carrier shall promptly deliver the Return Merchandise to the Debtors without further cost to the Debtors. AM Carrier shall to deliver no less than one-half of the Return Merchandise within twenty-one days from the date this Stipulation and Agreed Order is so ordered and all of the Return Merchandise within three months from the date this Stipulation and Agreed Order is so ordered.

3. The parties shall withdraw their respective Motions.

Agreed to this 8th day of March, 2018.

| OLSHAN FROME & WOLOSKY LLP | GULKOSCHWED LLP |
|---|---|
| /s/ Michael S. Fox | /s/ Steven Gitelis |
| Michael S. Fox | Steven Gitelis |
| 1325 Avenue of the Americas | 44 Wall Street, 2nd Floor |
| New York, New York 10019 | New York, New York 10005 |
| (212) 451-2300 | (212) 500-1312 |
| *Counsel for the Debtors* | *Counsel for AM Transportation Logistics Inc.* |

**It is SO ORDERED.**



**Dated: Brooklyn, New York**
**March 15, 2018**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

# SCHEDULE A
# RETAINED MERCHANDISE

| Order | Model | Hub | Wholesale |
|---|---|---|---|
| JA534814 | 63004001 | CA | $1,375 |
| JA531784 | 75X940E | CA | $3,050 |
| JA535633 | 7170001 | FL | $1,275 |
| EC112788 | 7470001 | FL | $1,475 |
| JA533881 | 65Q9FAM | GA | $2,100 |
| JA534802 | 75SJ8570 | GA | $1,650 |
| JA535936 | 55C7P | IA | $1,275 |
| JA535984 | 7170001 | NC | $1,275 |
| JA534833 | 7170001 | NCA | $1,275 |
| JA535959 | 75X940E | NCA | $3,050 |
| JA528983R | 75SJ8570 | CA | $1,650 |
| JA534388R | 75SJ8570 | CA | $1,650 |
| JA535941 | OLED55C7PUS | CA | $1,275 |
| JA528775R | QN75Q7FAM | CA | $2,875 |
| JA527848R | QN75Q7FAMF | CA | $2,875 |
| JA533910R | UN65MU8500 | CA | $1,150 |
| JA533097 | UN75MU6300FXZA | CA | $1,600 |
| EC112814R | XBR75X940E | CA | $3,050 |
| JA533316R | 82MU8000 | CA | $2,900 |
| JA535557R | 65Q9FAM | IA | $2,100 |
| JA531544R | UN75MU8000 | IA | $2,100 |
| JA533746BR | XBR85X850D | NCA | $3,500 |
| EC112393R | XBR75X900E | OH | $2,450 |
| JA536001 | OLED55C7PUS | OH | $1,275 |
| JA534934R | QN75Q8C | OH | $3,125 |
| EC112016R | PRO665RSIBPSS | OOA | $2,000 |
| JA532469 | 65MU9000 | OOACO | $1,325 |
| JA532469 | 75MU9000 | OOACO | $2,325 |
| ja529037r | 55B7BA | TX | $1,175 |
| JA534634 | 75X940E | TX | $3,050 |
| JA533451R | OLED55B7P | TX | $1,175 |
| JA529800R | OLED55B7A | TX | $1,175 |
| JA526780R | QN65Q9F | CA | $2,100 |

## SCHEDULE B

## RETURN MERCHANDISE

| Order | Model | Hub | Wholesale |
|---|---|---|---|
| JA535580 | 65LS003 | CA | $2,050 |
| JA536182 | 65LS003 | CA | $2,050 |
| JA535878 | 86SJ9570 | CA | $3,500 |
| JA535055 | 65C7P | CO | $1,800 |
| JA535182 | 65LS003 | FL | $2,050 |
| JA534802 | 47UJ6300 | GA | $375 |
| JA535916 | 55B7 | GA | $1,175 |
| JA535241 | 65C7P | GA | $1,800 |
| JA535793 | 65C7P | GA | $1,800 |
| JA529999 | 65MU8000 | GA | $1,100 |
| JA536073 | 75UJ6470 | GA | $1,450 |
| JA528390 | 65C7P | IA | $1,800 |
| JA535854 | 65C7P | IA | $1,800 |
| JA535133 | 65MU8000 | IA | $1,100 |
| JA536241 | 75UJ6470 | IA | $1,450 |
| JA531184 | 82MU8000 | IA | $2,900 |
| JA535566 | 82MU8000 | IA | $2,900 |
| JA528129B | 75X900E | NC | $2,450 |
| JA531391 | 67004001 | NCA | $1,100 |
| JA535126 | 55C7P | NCA | $1,275 |
| JA535392 | 55E7P | NCA | $1,475 |
| JA535073 | 75UJ6470 | NCA | $1,450 |
| JA535158 | 75X850E | NCA | $1,850 |
| JA536131 | OLED65C7PUS | NJ | $1,800 |
| JA533915 | 65SJ8500 | OH | $1,000 |
| JA534819 | 82MU8000 | OH | $2,900 |
| JA530903 | 82MU8000 | TX | $2,900 |
| JA535509 | 82MU8000 | TX | $2,900 |
| JA529259 | 86SJ9570 | TX | $3,500 |
| JA522127R1 | UN75J6300 | FL | $1,500 |
| JA531980R | XBR75X940E | FL | $3,050 |
| JA535423R | OLED65C7PUS | GA | $1,800 |
| JA535629R | QN75Q7FAM | GA | $2,875 |
| JA528388R | ZCVRB3622N | NCA | $1,000 |
| JA534159R | 7270001 | TX | $1,375 |
| JA535900 | 65MU8000 | TX | $1,100 |

| EC112639 | 65X900E | TX | $1,400 |
| --- | --- | --- | --- |
| JA535582R | 75UJ6470 | TX | $1,450 |
| JA534055 | QN65Q7 | TX | $1,850 |
| JA524329R | UN55MU7100 | TX | $700 |
| JA532735 | 55LS003 | CA | $1,500 |
| JA535563 | 7170001 | NCA | $1,275 |
| JA535824 | 7170001 | NCA | $1,275 |
| JA533252 | 65LS003 | FL | $2,050 |
| JA530797R | UN65LS003 | IA | $2,050 |
| JA534634 | 65LS003 | TX | $2,050 |